Case 2:20-cv-05535-SB-KK  Document 69  Filed 08/24/21  Page ID #:686

FILED
CLERK, U.S. DISTRICT COURT
August 24, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Plaintiff-in-Interpleader,<br><br>v.<br><br>CAROLYN JEANNE FOWLER; and CAROLYN DENISE WASHINGTON,<br><br>Defendants-in-Interpleader. | Case No. 2:20-cv-05535-SB (KKx)<br>Case No. 5:20-cv-00199-SB (KKx)<br><br>**JUDGMENT** |

1

# JUDGMENT

In accordance with the Court's August 24, 2021 Findings of Fact and Conclusions of Law, **IT IS HEREBY ORDERED THAT**:

    1.    Defendant-in-Interpleader Carolyn Jeanne Fowler is entitled to the General Motors (GM) Pension Plan benefits held in trust by Plaintiff-in-Interpleader GM.

    2.    Defendant-in-Interpleader Carolyn Denise Washington is entitled to the Metropolitan Life Insurance Company life insurance benefits held in the Court's registry.

The Clerk of Court is to serve a copy of this judgment on Plaintiff-in-Interpleader GM.  The Clerk of Court is also to release the funds from the registry to Defendant Washington **on September 27, 2021** or as soon as possible after that date.

**IT IS SO ORDERED.**

Dated: August 24, 2021

_____
Stanley Blumenfeld, Jr.
United States District Judge

CC: Fiscal

2